SECLARI, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Fortunato Seclari against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

SEIFERT, Respondent, v. DONOHUE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by John Seifert against James Donohue. No opinion. Judgment and order affirmed, with costs.

SHEEDY v. FOSTER et al. (Supreme Court, Appellate Division, Second Department. November 18, 1914.) Action by Thomas F. Sheedy against William G. Foster and others.

PER CURIAM. Motion granted, on condition that the appellant pay, within two days, the expenses of the advertisement of sale incurred, give a bond against waste, in accordance with section 1331 of the Code of Civil Procedure, in the penal sum of $2,000, perfect her appeal, place the case upon the next calendar, and be ready for argument when reached, and the appeal is hereby set down for the 9th day of December, 1914. Settle order before Mr. Justice RICH.

SHERARD v. A. BEVINS CO. et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by David Sherard against A. Bevins Company and others. No opinion. Motion granted, with $10 costs. Order filed.

SHERMAN, Appellant, v. AUBKE, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Harry Sherman against Theodore Aubke. No opinion. Motion granted, without costs.

SHERWOOD, Respondent, v. SHERWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Matilda Sherwood against Mable Sherwood. No opinion. Judgment affirmed, with costs. See, also, 149 N. Y. Supp. 1111.

SHUART et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by John R. Shuart and others against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SIKORSKA, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914). Action by Boleslawa Sikorska against the International Railway Company. No opinion. Judgment affirmed, with costs.

SLADE et al. v. SQUIER et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Howard Slade and another against Frank Squier and others. No opinion. Motion granted, with $10 costs. Order filed.

In re SLATER. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) In the matter of the compulsory judicial settlement of the estate of William N. Slater, deceased. (Appeal No. 1.) No opinion. Order of the Surrogate's Court of Westchester County of October 9, 1914, affirmed, with $10 costs and disbursements. See, also, 150 N. Y. Supp. 1112.

In re SLATER. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) In the matter of the compulsory judicial settlement of the estate of William N. Slater, deceased. (Appeal No. 2.)

PER CURIAM. Order of the Surrogate's Court of Westchester County of October 14, 1914, modified, so as to enjoin and restrain Sarah B. Slater, now Sarah S. Holzworth, individually and as executrix of the estate of William N. Slater, deceased, from transferring, or attempting to transfer, any of the stock of the Port Chester Lumber Company, held by her as such executrix, or from voting the stock of said company at any meeting of the stockholders thereof, called previous to the institution of these proceedings, or which may thereafter be called at her instance, or from interfering with the ordinary, customary routine of the business and policy of the said corporation, until such time as the proceedings for the final judicial settlement of the estate of said William N. Slater, now pending, have been finally terminated by a decree therein, and such distribution made thereunder as the court may direct, and, as so modified, the said order is affirmed, without costs. See, also, 150 N. Y. Supp. 1112.

SLATER, Respondent, v. CORNING & P. P. ST. RY., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Cora E. Slater against the Corning & Painted Post Street Railway. No opinion. Appeal dismissed, without costs, upon stipulation filed.

SMITH, Appellant, v. HEDGES, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Actions by S. Dimon Smith against Dayton Hedges. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is contrary to the evidence.

SNYDER, Respondent, v. BERKSHIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Berenice M. Snyder, an infant, etc., against the Berkshire Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.